CASS, Respondent, v. THE PACIFIC MUTUAL LIFE INS. CO. OF CALIFORNIA, Appellant.

(256 N. W. 120.)

(File No. 7643. Opinion filed August 4, 1934.)

*Bailey & Voorhees* and *M. T. Woods,* all of Sioux Falls, for Appellant.

*Roscoe Satterlee,* of Mitchell, for Respondent.

PER CURIAM. This action was instituted to recover on the same policy of insurance that was involved in the actions entitled Cass v. Pacific Mutual Life Insurance Company of California, 62 S. D. 502, 509, 253 N. W. 622, 626. The opinions in those cases dispose of the contentions of appellant on the present appeal.

The judgment and order appealed from are affirmed.

All the Judges concur.